UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SONIA GARCIA MESTIZO & MAURA AMASTAL,

                Plaintiffs,

- against -

H2 CANDY & NUTS, INC. D/B/A SWEET RAINBOW, and HISHAM AL-ASSAf, individually and as an officer of H2 CANDY & NUTS, INC. D/B/A SWEET RAINBOW, and HAYTHAM KHALIL, individually and as an officer of H2 CANDY & NUTS, INC. D/B/A SWEET RAINBOW

                Defendants.

-------------------------------------------------------------------X

Index No.: 17 Civ. 08519

*This motion is denied as it is not a "stand alone" motion but a supporting document to a motion. The Clerk of the Court is requested to terminate the motion (doc. 64).*

SO ORDERED: Feb. 21, 2020

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED FACTS (RULE 56.1 COUNTER-STATEMENT) AND DEFENDANTS' RULE 56.1 STATEMENT IN SUPPORT OF THEIR CROSS MOTION FOR SUMMARY JUDGMENT

Defendants, H2 Candy & Nuts, Inc. ("Defendant") by Cotto Law Offices, submits the within Counter-Statement to Plaintiffs Sonia Garcia Mestizo's and Maura Amastal's ("Plaintiffs" or "Mestizo" or "Amastal") Rule 56.1 Statement of Undisputed Facts pursuant to Federal Rules of Civil Procedure Section 56 and Local Civil Rule 56.1 for the Eastern and Southern Districts of New York. In addition, this document serves as Defendants' Rule 56.1 Statement of Material Facts in support of their cross-motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.

A.    **Deposition of Plaintiff Sonia Garcia Mestizo**

1. Plaintiff was born in Mexican and is of Mexican origin. Deposition Transcript of Sonia Garcia Mestizo ("Mestizo Tr.") at page 9, lines 11:14.

JUDGMENT DOCUMENT ELECTRONICALLY FILED DOC#: _____ DATE FILED: 2/21/2020